I am respectfully requesting a copy of the 11.07 that was presented to the CCA in January 2013. I have been unsuccessful in receiving one from my Attorney for the last two years. He keeps saying he will send it but I have not gotten it yet. thank you

Sincerely,
Johnny Williams

Address:
Johnny Williams #1769727
Goree Unit
7405 Hwy 75 South
Huntsville, TX 77344

Cause #: A10592-1
A10594-1